USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY SAVA,

      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 06-CV-3386(KMK)(PED)

ORDER

KENNETH M. KARAS, District Judge:

  Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) challenging the decision of the Commissioner of Social Security ("Commissioner") to deny Plaintiff's application for disability benefits. (*See* Dkt. No. 2.) Plaintiff then filed a motion for judgment on the pleadings, (*see* Dkt. No. 13), which Motion the Court granted, (*see* Dkt. No. 29). The Clerk of Court then entered a judgment remanding the case to the Commissioner for further proceedings and closing the case. (*See* Dkt. No. 30.)

  Plaintiff thereafter moved for an award of attorney's fees in the amount of $15,546.04. (*See* Dkt. No. 38.) On December 10, 2013, Magistrate Judge Davison issued a Report and Recommendation ("R&R") recommending that this Court grant the motion in part and award attorney's fees in the amount of $10,882.86, payable to Plaintiff's counsel. (Dkt. No. 40 at 7.) The R&R also informed the Parties that, pursuant to 28 U.S.C. § 636(b)(1)(c) and Federal Rule of Civil Procedure 72(b), they would have fourteen days from the receipt of the R&R to file written objections. (*See id.* at 8.)

Now, approximately one month after the R&R was issued, neither Party has filed an objection. When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error. *See Andrews v. LeClaire*, 709 F. Supp. 2d 269, 271 (S.D.N.Y. 2010); *Eisenberg v. New Eng. Motor Freight, Inc.*, 564 F. Supp. 2d 224, 226 (S.D.N.Y. 2008). The Court has reviewed the R&R and the Petition, and finding no substantive error, clear or otherwise, adopts the R&R in its entirety.

SO ORDERED.

Dated: January 10, 2014
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE